UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:25 MJ 1116 JMB |
| CHRISTIAN WILLIAMS, <br>     a/k/a "Lulu New," | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Samantha J. Reitz, Special Assistant United States Attorney for said District, and moves the Court to order the defendant Christian Williams detained pending trial, and further requests that a detention hearing be held three (3) days from the date of the defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, §3141, et seq.

As and for its grounds, the Government states as follows:

1. The defendant is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (Title 21, United States Code, Section 801, et seq.), specifically, possession with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

2. Accordingly, a rebuttable presumption arises pursuant to Title 18, United States Code, Section 3142(e)(3) that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant as required, and the safety of any other person and the community.

3.  Additionally, pursuant to Title 18, United States Code, Section 3142(g), the nature of the allegations against the defendant, the weight of the evidence against the defendant, the defendant's history and characteristics, and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release additionally warrant the defendant's detention pending trial.

4.  The defendant was arrested in a bust by officers with the St. Charles City Police Department with suspected fentanyl powder on his person. Prior to his arrest, officers had also observed the defendant hand what appeared to be a firearm to his front seat passenger, who placed the item in her purse. Officers later retrieved a firearm with an extended magazine from the purse of the passenger.

5.  Possession of suspected fentanyl and a firearm would be a serious violation in and of itself. However, the defendant is also presently under federal indictment in an eight defendant thirteen count case in the Eastern District of Missouri, 4:24-CR-0056 AGF RHH, on charges of (1) conspiracy to distribute and possess with intent to distribute controlled substances, and (2) distribution of controlled substances. The defendant was on pretrial supervision at the time of the instant offense conduct.

WHEREFORE, the Government requests this Court to order the defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

SAYLER A. FLEMING
United States Attorney

_s/Samantha J. Reitz_
SAMANTHA J. REITZ, #73579MO
Special Assistant United States Attorney